

# United States District Court
# Eastern District of California

| |
|---|
| Fernandez Quiroz |

Plaintiff(s)

V.

| |
|---|
| Bondi, et al |

Defendant(s)

Case Number: 1:26-at-01446

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Rebecca Swaintek-Green hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Franklin Jose Fernandez Quiroz

On 07/25/2026 (date), I was admitted to practice and presently in good standing in the Eastern District of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/16/2026           Signature of Applicant: /s/ Rebecca Swaintek-Green

**Pro Hac Vice Attorney**

Applicant's Name: Rebecca Swaintek-Green

Law Firm Name: Swaintek-Green Law, LLC

Address: 841 E Fort Ave #242

City: Baltimore   State: MD   Zip: 21230

Phone Number w/Area Code: (443) 402-8080

City and State of Residence: Baltimore, MD

Primary E-mail Address: becca@swaintek-green.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nicolette Glazer

Law Firm Name: Law Offices of Larry R Glazer

Address: 2121 Avenue of the Stars, Fl 8

City: Century City   State: CA   Zip: 90067

Phone Number w/Area Code: (310) 407-5353   Bar # 209713

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

.

Dated: March 17, 2026

_____
UNITED STATES MAGISTRATE JUDGE